**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Carla Verduzco**, | No. 2:20-cv-02380-DJH |
| Plaintiff, | |
| v. | **DECLARATION OF PLAINTIFF CARLA VERDUZCO IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS** |
| **Value Dental Centers West AZ LLC**, et al. | |
| Defendants. | |

I, Carla Verduzco, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above titled matter.

2. All statements in my Complaint are true and accurate.

3. I was an employee of Defendant, and Defendant was my employer.

4. Defendant owns and/or operates a dental office in Arizona.

5. I worked for Defendant as an temporary dental assistant for approximately eight hours during February 2019.

6. Defendants employed me as a temporary dental assistant. My hourly rate of pay while working for Defendants was $17.

7. During my employment with Defendants, I generally worked approximately 8 hours over the approximately one week I worked for them.

8. Defendants did not pay me any wage whatsoever for all time I worked for them.

9. By my calculation, I am owed an unpaid $7.25 per hour in federal minimum wages for all eight hours I worked for Defendants, for a total of $58.

10. By my calculation, I am owed an unpaid $11 per hour in federal minimum wages for all eight hours I worked for Defendants, for a total of $88.

11. To summarize, in total, I believe I am owed $88 in unpaid minimum wages and other wages under the FLSA and Arizona law.

12. Additionally, I am owed additional statutory damages pursuant to 29 U.S.C. § 216(b), which provides for an additional equal amount of damages and ARS § 23-364, which provides for an additional amount equal to twice the unpaid wages.

13. Therefore, pursuant to the aforementioned statutes, I believe I am entitled to a total award of $264, plus reasonable attorneys' fees and costs.

EXECUTED this 28th Day of April, 2021.

*Carla Sorrell Verduzco*
Carla Verduzco

Date: 4/28/2021

-2-